UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE BOUYEA, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : CIVIL NO. 3:CV-14-2388 |
| | : |
| JUAN BALTAZAR, | : (Judge Kosik) |
| | : |
| Respondent | : |

## ORDER

**AND NOW, THIS 18th DAY OF MAY, 2015,** for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas pursuant to 28 U.S.C. § 2241 is **dismissed for lack of jurisdiction.**

2. Petitioner's motion to stay at Allenwood-Low (Doc. 4) is **denied as moot**.

3. Petitioner's motions to amend the petition (Docs. 7, 8) are **granted only to the extent that** the arguments raised in the motion were considered by the court in addressing Petitioner's § 2241 petition.

4. The Clerk of Court is directed to **close this case**.

          s/Edwin M. Kosik
          EDWIN M. KOSIK
          United States District Judge